ACCEPTED
15-24-00089-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/12/2025 10:42 AM
CHRISTOPHER A. PRINE
CLERK



FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/12/2025 10:42:56 AM
CHRISTOPHER A. PRINE
Clerk

Jason Contreras
Assistant Attorney General
General Litigation Division

PHONE: (512) 970-5528
FAX: (512) 320-0667
EMAIL: Jason.Contreras@oag.texas.gov

November 12, 2025

Christoher A. Prine, Clerk
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711-2852

Re: Texas Department of Public Safety v. Leroy Torres
    Court of Appeals No. 15-24-00089-CV; Trial Court Cause No. 207-CCV-61016-1

Dear Mr. Prine:

    This is to inform the Court that Assistant Attorney General Jason T. Contreras will be presenting oral argument to the Court on November 20, 2025 at 1:30 p.m. on behalf of Appellant, the Texas Department of Public Safety, in the above-referenced matter.

                    Respectfully,

                    /s/ Jason T. Contreras
                    JASON T. CONTRERAS
                    Assistant Attorney General
                    General Litigation Division

/nm

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Nicole Myette on behalf of Jason Contreras
Bar No. 24032093
nicole.myette@oag.texas.gov
Envelope ID: 107945485
Filing Code Description: Letter
Filing Description: 20251112_Aplnts Ltr to 15COA Re OA
Status as of 11/12/2025 11:13 AM CST

Associated Case Party: Leroy Torres

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Stephen Chapman | 24001870 | steve@wcctxlaw.com | 11/12/2025 10:42:56 AM | SENT |
| Brian J.Lawler | | blawler@pilotlawcorp.com | 11/12/2025 10:42:56 AM | SENT |
| Matthew Manning | 24075847 | service@wcctxlaw.com | 11/12/2025 10:42:56 AM | SENT |

Associated Case Party: Texas Department of Public Safety

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jason Contreras | | Jason.contreras@oag.texas.gov | 11/12/2025 10:42:56 AM | SENT |
| Nicole A.Myette | | nicole.myette@oag.texas.gov | 11/12/2025 10:42:56 AM | SENT |